UNITED STATES of America,
Plaintiff-Appellee,

v.

CLEVELAND BROWNS, INC.,
Defendant-Appellant.

No. 6–7.

Temporary Emergency Court of Appeals.

Sept. 13, 1974.

Certiorari Denied Dec. 9, 1974.
See 95 S.Ct. 640.

Thomas P. Meaney, Jr., Burke, Haber & Berick, Cleveland, Ohio, for defendant-appellant.

Carla A. Hills, Asst. Atty. Gen., Stanley D. Rose and Paul T. Michael, Dept. of Justice, Washington, D. C., for plaintiff-appellee.

Before TAMM, Chief Judge, and ANDERSON and JOHNSON, Judges.

ORDER OF AFFIRMANCE UNDER RULE 28

Upon consideration of Appellee's Motion to Affirm and brief in support thereof and Appellant's Answer,

It is ordered that the judgment of the District Court is affirmed on the authority of Oakland Raiders v. Office of Emergency Preparedness, No. 9–11 (T. E.C.A., July 10, 1974); DeRieux v. The Five Smiths, Inc., 499 F.2d 1321 (Em. App.1974) and University of Southern California v. C.O.L.C., Em.App.1972, 472 F.2d 1065, cert. denied, 410 U.S. 928, 93 S.Ct. 1364, 35 L.Ed.2d 590.